# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                  )
                                              )
ASFA Construction                             )          ASBCA No. 61471
                                              )
Under Contract No. W912PB-13-P-0157           )

APPEARANCE FOR THE APPELLANT:          Theodore P. Watson, Esq.
                                          Watson & Associates, LLC
                                          Aurora, CO

APPEARANCES FOR THE GOVERNMENT:        Raymond M. Saunders, Esq.
                                          Army Chief Trial Attorney
                                          LTC Robert B. Nelson, JA
                                          Trial Attorney

## ORDER OF DISMISSAL

For reasons indicated by the parties, the Board is unable to proceed with disposition of these appeals for an inordinate length of time due to factors not within the control of the Board. Accordingly, this appeal is hereby dismissed without prejudice pursuant to Board Rule 18(b). Unless either party or the Board acts to reinstate the appeal within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: July 11, 2019

OWEN C. WILSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61471, Appeal of ASFA Construction, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals